GOTTLIEB & ASSOCIATES PLLC
ATTORNEYS
150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

November 16, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**. The conference scheduled for November 24, 2026, at 3:00 P.M. is adjourned to **January 26, 2027, at 3:00 P.M.** The parties' deadline to submit the joint letter and proposed case management plan is **January 19, 2027**.

Plaintiff shall serve Defendant with a copy of the Complaint and file documentary proof of service (e.g., an affidavit from the process server) by **November 20, 2026**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 7.

Dated: November 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re*: *Delacruz v. Didax, Incorporated*
Case No.: 1:26-cv-8889

Dear Judge Schofield,

Plaintiff respectfully requests a 60-day adjournment of the initial pretrial conference scheduled for November 24, 2026, at 3:00 p.m., to a date convenient to the Court. Plaintiff also requests that the Court extend the November 17, 2026 deadline for the preconference submissions to seven days before the rescheduled conference.

Defendant has neither answered the Complaint nor appeared in this action. Plaintiff has therefore been unable to confer with defense counsel regarding the preconference submissions or obtain Defendant's position on this request. The requested adjournment would allow time for Defendant to appear and for the parties to confer before the initial conference. This is Plaintiff's first request for an adjournment.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.